Rafael ZAMOT, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 02–3321.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2002.

ORDER

Order vacated, see 52 Fed.Appx. 151.

The petitioner having failed to file the required Statement Concerning Discrimi-

nation, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.